JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

*Receipt # 11091559*
*3/28/11 cg*
*$832.67*

TEL: (716) 831-1994

March 25, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: **KENDZIORA, DANIEL/GAIL** /Case # **00-10276**
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $832.67. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

Claimant **Sears Holding Corp.**     Amount $ **345.32** Claim Register # **7**

Claimant **Direct Merchants Credit Card Bank, NA**     Amount $ **487.35** Claim Register # **19**

JOHN H. RING, III
Trustee



FILED
MAR 28 2011
BANKRUPTCY COURT
BUFFALO, N.Y.